Order issued January 14, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00262-CR

### LEWIS OLIVER TATE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## ORDER

Before Justices Bridges, O'Neill, and Murphy

Based on the Court's opinion of this date, we **GRANT** the July 25, 2012 motion of

Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of

the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk

of the Court to send a copy of this order and all future correspondence to Lewis Oliver Tate, No.

4534866, Gurney Unit, 1385 FM 3328, Tennessee Colony, Texas, 75803.

MICHAEL J. O'NEILL
JUSTICE